UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| In Re:<br><br>Michael Vantassel Jr.<br>   Debtors. | Chapter 13<br>Bankruptcy No. 18-01884<br><br>MOTION TO MODIFY<br>PLAN POST-CONFIRMATION |
|---|---|

COMES NOW the above-named Debtor and for his Motion to Modify Plan Post-Confirmation states as follows:

1. The confirmed plan currently on file calls for the Debtor to make payments as follows:

    a. $1121.00 each month for the remainder of the plan.

2. The Debtor proposes modifying the current chapter 13 plan to permit the Debtor to make payments as follows:

    a. $950.00 each month for the remaining months of the plan.

3. Payments in the modified amount will begin in March, 2019.

4. All unsecured creditors will be paid 100 cents on the dollar.

5. All other provisions of the Plan shall remain as confirmed and not be modified.

WHEREFORE, the Debtors pray the Court approve their proposed Modified Chapter 13 Plan.

*/s/ Samuel Z. Marks*
Samuel Z. Marks ISB16668
Marks Law Firm
4225 University Ave.
Des Moines, Iowa 50311
515.276.7211
FAX 515.276.6280
ATTORNEY FOR DEBTOR

# CERTIFICATE OF SERVICE

I hereby certify that on **March 8, 2019**, a copy of **Motion to Modify Plan Post-Confirmation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

| |
|---|
| **AAMS/Automated Accounts Management Servi** |
| **First Premier Bank** |
| **Mary Greeley Medical Center** |
| **Usda Rural Development** |
| **USDA Rural Housing Service** |
| **Veridian Credit Union** |
| **Veridian Credit Union** |

 

**/s/ Sam Marks, Partner**
**Sam Marks, Partner**
**Upright Law LLC**
**4225 University Ave**
**Des Moines, IA 50311**
**855-466-3920Fax:888-751-4932**
**notices@uprightlaw.com**